1 | DANIEL LICKEL, ESQ. (SB# 224510)
1102 Cesar E. Chavez Pkwy
2 | San Diego, CA 92113
Telephone: 858-952-1033
3 | Facsimile: 619-546-0792

4 | *Attorney for Debtors and Defendants*
Michael Pruitt and Shawna Pruitt

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
JACOB WEINBERGER UNITED STATES COURTHOUSE
325 West F Street San Diego, CA 92101

| | |
|---|---|
| IN RE,<br><br>Michael Pruitt and Shawna Pruitt,<br><br>Debtors. | Bankruptcy No. 14-05540-CL13<br><br>DECLARATION REGARDING AUGUST 2014 RENT PAYMENT<br><br>RS NO. CMR - 1 |

TO THE HONORABLE BANKRUPTCY JUDGE OF THE ABOVE ENTITLED COURT AND ALL PARTIES IN INTEREST:  I, attorney Daniel Lickel, attorney for the debtors in this action hereby declare under penalty of perjury under the laws of the state of California that I have received in my trust account a payment of rent for the Month of August 2014 in the cash amount of $821.00.  As this money was received in cash it is available for distribution to Creditor South Coast Commercial Inc. upon issuance of an order directing such adequate protection payment be distributed.

Respectfully Submitted,

DATED:    8/5/14        DANIEL LICKEL, ESQ.
                        BY      /S/ DANIEL LICKEL
                          DANIEL LICKEL, ATTORNEYS FOR
                          DEBTORS

# CERTIFICATE OF SERVICE

I, the undersigned, whose address appears below, certify:

    That I am, and at all time hereinafter mentioned was, more than 18 years of age;

That on the 5th day of August, 2014, I served a true and correct copy of the attached

**DECLARATION REGARDING AUGUST 2014 RENT PAYMENT**

via the Court's CM/ECF noticing procedures and addressed to:

Christine Relph on behalf of Creditor South Coast Commercial, Inc.

christine.relph@kts-law.com

David L. Skelton

admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com

 United States Trustee

ustp.region15@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  August 5, 2014         By:    /S/ Daniel Lickel
                                                 DANIEL LICKEL,  Attorney for Debtor