# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | MICHAEL & SHAWNA PRUITT |
| **Case Number:** | 14-05540-CL13    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 20, 2014 10:00 AM   DEPARTMENT 5 |
| **Bankruptcy Judge:** | CHRISTOPHER B. LATHAM |
| **Courtroom Clerk:** | JILLMARIE MCGREW |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matter:

MOTION FOR RELIEF FROM STAY, RS #CMR-1 FILED BY SOUTH COAST COMMERCIAL INC (fr. 8/6/14)

### Appearances:

REBECCA PENNINGTON, ATTORNEY FOR TRUSTEE SKELTON
DANIEL LICKEL, ATTORNEY FOR MICHAEL PRUITT, SHAWNA PRUITT
JAMES R. MCKINLEY, ATTORNEY FOR SOUTH COAST COMMERCIAL INC

### Disposition:

Off calendar.  Matter to be resolved by APO.
APO to be prepared by Atty McKinley w/sign-off by Atty Lickel.

Motion to clarify how payments will be routed through the Chapter 13 Trustee to be filed by Atty Lickel.

Guideline fees of $625 previously awarded to Atty for Debtors at hrg held 8/6/14 (re Minute Order, ECF No. 36).
Fees to be included in APO.